North District of West Virginia
Elkins Division

FILED
JAN 28 2008
U.S. DISTRICT COURT
ELKINS WV 26241

Jonathan Lee Riches; Ron Kuby, and all others similarly situated
Plaintiffs
V.                    2:08cv30
Curtis Sliwa d/b/a Guardian Angels; WABC-am,
Defendants

Class Action Suit Pursuant to Fed. R. Civ. P. 20 & 23, 42 USC 1983 / Preliminary Injunction / TRO

Plaintiffs 8th amendment rights were violated on 11-20-07. Cruel and unusual Punishment on 12-4-07. Plaintiffs got threatened by defendant on 1-10-08. So Plaintiffs are now in imminent danger. Seek a restraining order and preliminary injunction

Jonathan Lee Riches
Ron Kuby
P.O. Box 340
Salters, S.C. 29590
843-387-9400